

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-00469-IM |
| v. | SUPERSEDING INDICTMENT |
| ORIANA REBECCA KOROL, | 18 U.S.C. § 111(a)(1) |
| Defendant. | UNDER SEAL |

**THE GRAND JURY CHARGES:**

### COUNT 1
(Assaulting a Federal Officer)
(18 U.S.C. § 111(a)(1))

On or about October 12, 2025, in the District of Oregon, defendant **Oriana Rebecca Korol**, did forcibly assault Adult Victim 1 (AV1), a person designated as a federal officer under 18 U.S.C. § 1114, while AV1 was engaged in, and on account of the performance of AV1's official duties, and which assault involved physical contact;

In violation of Title 18, United States Code, 111(a)(1), a class D felony.

Dated: December 9, 2025                    A TRUE BILL.

                                           _____
                                           OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

_____
KATHERINE A. RYKKEN, CSB #267196
Assistant United States Attorney

**Superseding Indictment**                                              Page 1