SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**KATHERINE A. RYKKEN, CAB #267196**
Assistant United States Attorney
Katherine.Rykken@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:25-cr-00469-IM** |
| **v.** | **MOTION TO UNSEAL SUPERSEDING INDICTMENT** |
| **ORIANA REBECCA KOROL,** | |
| **Defendant.** | |

The United States of America hereby moves this Court for an order unsealing the

superseding indictment as to the defendant, Oriana Rebecca Korol. There defendant is aware of

the superseding indictment and there is no reason for it to remain sealed.

Dated: December 17, 2025

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Katherine A. Rykken*
KATHERINE A. RYKKEN, CAB #267196
Assistant United States Attorney