Bear Wilner-Nugent, OSB #044549
Bear Wilner-Nugent, Counselor and Attorney at Law LLC
620 SW 5th Avenue, Suite 1008
Portland, Oregon 97204
Phone: (503) 351-2327
Fax: (503) 914-6665
Email: bwnlaw@gmail.com
Attorney for Defendant Oriana Rebecca Korol

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

UNITED STATES OF AMERICA,           No. 3:25-CR-00469-IM

              Plaintiff,            **AMENDED JOINT WITNESS LIST**

      v.

ORIANA REBECCA KOROL,

              Defendant.

Pursuant to the Court's pretrial conference order, the parties respectfully submit the below amended joint witness list for trial.

**GOVERNMENT WITNESSES**

1.     Special Agent Jediah Duncan, Immigration and Customs Enforcement

2.     Federal Protective Service Officer Carlos Perez

AMENDED JOINT WITNESS LIST – Page 1

The government reserves the right to call such additional witnesses as may become necessary during the trial or in the rebuttal. Because of defendant's self-defense argument that may evolve during defendant's case, the government may supplement its witness list as it relates to the rebuttal case to the self-defense evidence.

## DEFENSE WITNESSES

1.  Dean Boudouris

2.  George Collins

3.  Stewart Downey

4.  Heather Huson

5.  Oriana Korol

6.  Rhonda Korol

7.  Marcus Martinez

8.  Jon Norstog

9.  Miles Thompson


Dated: May 5, 2026

Respectfully submitted,

/s/ Bear Wilner-Nugent
Bear Wilner-Nugent, OSB #044549
Attorney for Defendant Oriana Rebecca Korol

AMENDED JOINT WITNESS LIST – Page 2

## CERTIFICATE OF SERVICE

I hereby certify that, I served the foregoing AMENDED JOINT WITNESS LIST on Andrew T. Ho and Katherine A. Rykken, Esqs., attorneys for plaintiff United States of America, via CM/ECF on May 5, 2026. I further certify that Mr. Ho and Ms. Rykken are registered CM/ECF users.

Dated: May 5, 2026

Respectfully submitted,

/s/ Bear Wilner-Nugent
Bear Wilner-Nugent, OSB #044549
Attorney for Defendant Oriana Rebecca Korol

CERTIFICATE OF SERVICE