SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**KATHERINE A. RYKKEN, CSB #267196**
Katherine.Rykken@usdoj.gov
**ANDREW T. HO, OSB #185047**
Andrew.Ho@usdoj.gov
Assistant United States Attorneys
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:25-cr-00469-IM** |
| **v.** | **SECOND AMENDED JOINT EXHIBIT LIST** |
| **ORIANA REBECCA KOROL,** | |
| **Defendant.** | |

Dated: May 11, 2026.

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Katherine A. Rykken*
KATHERINE A. RYKKEN, CSB #267196
Assistant United States Attorney

*/s/ Andrew T. Ho*
ANDREW T. HO, OSB #185047
Assistant United States Attorney

Dated: May 11, 2026.

*/s/ Bear Wilner-Nugent*
BEAR WILNER-NUGENT, OSB # 044549
Attorney for Ms. Korol

**Second Amended Joint Exhibit List**                                                   **Page 1**

| UNITED STATES' EXHIBITS[1] | | | | | | |
|---|---|---|---|---|---|---|
| No. | Description | Stipulated | Objection(s) | Pre-Admit *(Court Use Only)* | Ident. *(Court Use Only)* | Admit. *(Court Use Only)* |
| 1 | WITHDRAWN | n/a | | n/a | | |
| 2 | Photo of incident | Yes | No objection | Yes | | |
| 3 | Photo of incident | Yes | No objection | Yes | | |
| 4 | Photo of incident | Yes | No objection | Yes | | |
| 5 | Photo of incident | Yes | No objection | Yes | | |
| 6 | Photo of incident | Yes | No objection | Yes | | |
| 7 | Photo of incident | Yes | No objection | Yes | | |
| 8 | Photo of incident | Yes | No objection | Yes | | |
| 9 | Photo of incident | Yes | No objection | Yes | | |
| 10 | Photo of incident | Yes | No objection | Yes | | |
| 11 | Photo of incident | Yes | No objection | Yes | | |
| 12 | Photo of incident | Yes | No objection | Yes | | |
| 13 | Photo of incident | Yes | No objection | Yes | | |
| 14 | Photo of incident | Yes | No objection | Yes | | |
| DEFENDANT'S EXHIBITS[2] | | | | | | |
| No. | Description | Stipulated | Objection(s)[3] | Pre-Admit *(Court Use Only)* | Ident. *(Court Use Only)* | Admit. *(Court Use Only)* |
| 101 | Video of incident | | No objection to :53 – 3:15; remainder irrelevant and | Yes | | |

---

[1] The United States of America plans to offer the listed exhibits in its case-in-chief at trial. The United States reserves the right to amend the exhibit list as necessary or appropriate.

[2] Defendant plans to offer the listed exhibits in its case-in-chief at trial. Defendant reserves the right to amend the exhibit list as necessary or appropriate.

[3] The United States of America maintains its objections to these exhibits and will file a supplemental memorandum seeking clarification from the Court on the scope of exhibits admitted.

**Second Amended Joint Exhibit List**                                    **Page 2**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | prejudicial (401/403) | | | |
| 102 | Video of incident | No | No objection to 4:00-7:32; remainder irrelevant or prejudicial (401/403); video is cumulative (403/611(a)) | Yes | | |
| 103 | Video of incident | No | Objection, irrelevant (401) | Yes | | |
| 104 | WITHDRAWN | n/a | No objection to :55-1:05; remainder irrelevant or prejudicial (401/403); video is cumulative (403/611(a)) | n/a | | |
| 105 | Video of incident | No | No objection to 0:00 to 1:15; remainder irrelevant or prejudicial (401/403). | Yes, as to 0:00-1:15 | | |
| 106 | Video of incident | No | Hearsay (801); cumulative (401/403) | Yes, as to 0:00-1:00 and defendant's statements | | |
| 107 | Photo of incident | Yes | No objection | Yes | | |
| 108 | Photo of incident | No | Cumulative, poor quality (403/611(a)) | Yes | | |

**Second Amended Joint Exhibit List** **Page 3**

| 109 | Photo of incident | No | Cumulative, poor quality (403/611(a)) | Yes | | |
| 110 | Photo of incident | No | Cumulative, poor quality (403/611(a)) | Yes | | |
| 111 | Photo of incident | No | Cumulative, poor quality (403/611(a)) | Yes | | |
| 112 | Photo of incident | No | Cumulative, poor quality (403/611(a)) | Yes | | |
| 113 | Photo of incident | Yes | No objection | Yes | | |
| 114 | Photo of incident | No | Cumulative, irrelevant (403/611(a)) | No | | |
| 115 | Photo of incident | No | Cumulative, irrelevant (403/611(a)) | No | | |
| 116 | Photo of incident | No | Cumulative, irrelevant (403/611(a)) | No | | |
| 117 | Photo of incident | No | Cumulative, irrelevant (403/611(a)) | No | | |
| 118 | Photo of incident | No | Cumulative, irrelevant (403/611(a)) | No | | |
| 119 | Photo of incident | No | Cumulative, irrelevant (403/611(a)) | No | | |
| 120 | Photo of incident | No | Cumulative, irrelevant (403/611(a)) | No | | |

**Second Amended Joint Exhibit List**                                              **Page 4**