SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**KATHERINE A. RYKKEN, CSB #267196**
Katherine.Rykken@usdoj.gov
**ANDREW T. HO, OSB #185047**
Andrew.Ho@usdoj.gov
Assistant United States Attorneys
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:25-cr-00469-IM** |
| **v.** | **THIRD AMENDED JOINT EXHIBIT LIST** |
| **ORIANA REBECCA KOROL,** | |
| **Defendant.** | |

Dated: May 13, 2026.

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

/s/ Katherine A. Rykken
KATHERINE A. RYKKEN, CSB #267196
Assistant United States Attorney

/s/ Andrew T. Ho
ANDREW T. HO, OSB #185047
Assistant United States Attorney

Dated: May 13, 2026.

/s/ Bear Wilner-Nugent
BEAR WILNER-NUGENT, OSB # 044549
Attorney for Ms. Korol

**Third Amended Joint Exhibit List**                                                                 **Page 1**

| UNITED STATES' EXHIBITS | | |
|---|---|---|
| No. | Description | Admit. *(Court Use Only)* |
| 1 | WITHDRAWN | |
| 2 | Photo of incident | X |
| 3 | Photo of incident | X |
| 4 | Photo of incident | X |
| 5 | Photo of incident | X |
| 6 | Photo of incident | X |
| 7 | Photo of incident | X |
| 8 | | |
| 9 | | |
| 10 | Photo of incident | X |
| 11 | Photo of incident | X |
| 12 | Photo of incident | X |
| 13 | Photo of incident | X |
| 14 | Photo of incident | X |
| **DEFENDANT'S EXHIBITS** | | |
| No. | Description | Admit. *(Court Use Only)* |
| 101 | Video of incident | X |
| 102 | Video of incident | X |
| 103 | Video of incident | X |
| 104 | WITHDRAWN | |
| 105 | Video of incident | X |
| 106 | Video of incident | X |
| 107 | Photo of incident | X |
| 108 | Photo of incident | X |
| 109 | Photo of incident | X |
| 110 | Photo of incident | X |
| 111 | Photo of incident | X |
| 112 | Photo of incident | X |
| 113 | Photo of incident | X |

**Third Amended Joint Exhibit List**                                        **Page 2**