Does Intent                    5/14/2026

Can intent be formed in an instant?

Do you need to have a formed idea or
can a spontaneous reaction be considered intent?

Rec'd from Jury
@ 10: AM 5/14/26

I cannot answer your question.
Please rely on all of the jury
instructions. Kan