The jury members have come to the conclusion that we can not come to a verdict.

5/14/26 Received 12:40 pm

KJI