We continued our discussions however there are firm convictions that have not changed throughout our deliberations after thorough and repeated examination of evidence.

Rec'd 5/14/26 at 2:45 pm