✎AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**District of** _____ Oregon _____

| | |
|---|---|
| UNITED STATES OF AMERICA <br>                                 Plaintiff (s), <br>     V. <br>     ORIANA REBECCA KOROL <br>                                Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** <br><br> **CASE NUMBER:** 3:25-cr-00469-IM |

Notice is hereby given that, subject to approval by the court, **Defendant Oriana Rebecca Korol** substitutes
(Party (s) Name)

**Michelle Holman Kerin** , State Bar No. **965278** as counsel of record in
(Name of New Attorney)

place of **Bear Wilner-Nugent** .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Angeli & Calfo LLC |
| Address: | 121 SW Morrison St. Ste 400, Portland, OR 97204 |
| Telephone: | (503) 954-2232      Facsimile |
| E-Mail (Optional): | michelle@angelicalfo.com |

I consent to the above substitution.

Date:     05/22/26

(Signature of Party (s))

I consent to being substituted.

Date:     5/22/2026

s/Bear Wilner-Nugent

(e-signed on his behalf with permission)
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:     5/22/2026

s/Michelle Holman Kerin

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**