IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>ORIANA REBECCA KOROL,<br><br>Defendant. | Case No. 3:25-cr-00469-IM<br><br>**DECLARATION OF RYAN SHELLEY IN SUPPORT OF CONSENT FOR SUBSTITUTION OF ATTORNEY (AO 154)** |

I, Ryan Shelley, hereby certify and declare as follows:

1. I am an attorney at the law firm Angeli & Calfo LLC and barred in the State of California (CA Bar No. 337528). I am working under the direction of Michelle Holman Kerin (OR Bar No. 965278) on the above captioned matter. I am over the age of eighteen (18) and otherwise competent to testify to the facts stated herein. I make this declaration upon my personal knowledge

2. Earlier this week, Oriana Korol retained Ms. Kerin to represent her in this matter.

3. On Tuesday, May 19, 2026, I spoke on the phone with Ms. Korol's counsel of record, Bear Wilner-Nugent, about her decision to retain Ms. Kerin. Mr. Wilner-Nugent confirmed his consent to the substitution of counsel. He shared that he will be on leave without

**ANGELI & CALFO LLC**
701 PIKE STREET STE 1625
SEATTLE, WASHINGTON 98101
TEL +1.206.703.4810

access to a computer until June 2, 2026, and authorized Ms. Kerin to sign a substitution of counsel form on his behalf.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Dated this 21st day of May, 2026.

/s/ Ryan Shelley_____
Ryan Shelley, CA Bar No. 337528

DECLARATION OF RYAN SHELLEY IN SUPPORT OF CONSENT
FOR SUBSTITUTION OF ATTORNEY
(AO 154) - 2

ANGELI & CALFO LLC
701 PIKE STREET STE 1625
SEATTLE, WASHINGTON 98101
TEL +1.206.703.4810