**MICHELLE HOLMAN KERIN,** OSB No. 965278
michelle@angelicalfo.com
**JOANNA PERINI-ABBOTT,** OSB No. 141394
joanna@angelicalfo.com
**RYAN SHELLEY**, *Pro Hac Vice*
ryan@angelicalfo.com
ANGELI & CALFO LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ORIANA REBECCA KOROL,<br><br>    Defendant. | Case No. 3:25-cr-00469-IM<br><br>**MOTION TO FILE *EX PARTE* THE DECLARATION OF MICHELLE HOLMAN KERIN** |

Defendant, Oriana Rebecca Korol, moves this court for an Order to file, *ex parte*, the

Declaration of Michelle Holman Kerin in support of Defendant's Motion to Substitute Counsel.

The reason is because it contains confidential defense information.

DATED this 26th day of May 2026.

Respectfully submitted,

*s/ Michelle Holman Kerin*

**ANGELI & CALFO LLC**
MICHELLE HOLMAN KERIN, OSB No. 965278
Attorney for Defendant

PAGE 1 – MOTION TO FILE EX PARTE THE DECLARATION OF MICHELLE HOLMAN
          KERIN