UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-00469-IM |
| v. | INFORMATION |
| ORIANA REBECCA KOROL, | 18 U.S.C. § 111(a)(1) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Assaulting a Federal Officer)**
**(18 U.S.C. § 111(a)(1))**

On or about October 12, 2025, in the District of Oregon, defendant **ORIANA**

**REBECCA KOROL,** did forcibly assault Adult Victim 1 (AV1), a person designated as a

federal officer under 18 U.S.C. § 1114, while AV1 was engaged in, and on account of the

performance of AV1's official duties;

In violation of Title 18, United States Code, Section 111(a)(1), a Class A misdemeanor.

Dated: July 23, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

/s/ *Katherine A. Rykken*
KATHERINE A. RYKKEN
Assistant United States Attorney

**Information**                                                                 **Page 1**