**MICHELLE HOLMAN KERIN,** OSB No. 965278
michelle@angelicalfo.com
**JOANNA PERINI-ABBOTT,** OSB No. 141394
joanna@angelicalfo.com
**RYAN SHELLEY** (*Pro Hac Vice*)
ryan@angelicalfo.com
ANGELI & CALFO LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880
*Attorneys for Defendant*

FILED 28 AUG '26 09:24 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ORIANA REBECCA KOROL,<br>Defendant. | Case No. 3:25-cr-00469-YY<br>**VIDEO EXHIBITS A, B, AND C TO DEFENDANT'S SENTENCING MEMORANDUM** |

Defendant Oriana Korol submits the accompanying video exhibits, labeled Exhibits A, B and C, with the Court for filing and inclusion in the record in support of her Sentencing Memorandum, filed contemporaneously. Copies of the video exhibits will be provided on thumb drives to the Clerk of the Court, the Honorable Judge Youlee You, and the government.

DATED this 27th day of August 2026.

Respectfully submitted,

*s/ Michelle Holman Kerin*
**ANGELI & CALFO LLC**
MICHELLE HOLMAN KERIN, OSB No. 965278
JOANNA PERINI-ABBOTT, OSB No. 141394
RYAN SHELLY, *Pro Hac Vice*

*Attorneys for Defendant*


DataStickPro
by CENTON